CELIA W. LEE (SBN 172981)
Email: clee@goldfarblipman.com
MELISSA H. KEYES, (SBN 258605)
Email: mkeyes@goldfarblipman.com
NAZANIN SALEHI (SBN 320146)
e-mail: nsalehi@goldfarblipman.com
GOLDFARB & LIPMAN LLP
1300 Clay Street, Eleventh Floor
Oakland, CA  94612
Telephone:  (510) 836-6336
Facsimile:  (510) 836-1035

Attorneys for Defendant
CITY OF SANTA ANA (also
erroneously sued herein as "City of Santa
Ana Rent Stabilization Board" and
"City of Santa Ana Rental Housing Board")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BIT O' HOME MHP, Limited Partnership,<br><br>　　　　Plaintiff and Petitioner,<br><br>　　v.<br><br>CITY OF SANTA ANA; THE CITY OF SANTA ANA RENT STABILIZATION DIVISION; CITY OF SANTA ANA RENTAL HOUSING BOARD; DAN PHUONG NGUYEN, an individual; VAN MINH NGUYEN, an individual; THI THU THUY NGUYEN, an individual; THE HIEN NGUYEN, an individual; CONN WILLIAM WONG, an individual; PETER TRAN, an individual; OEUN PONN, an individual; LILIA PERFECTO, an individual; JONATHAN ORTEGA, an individual; SAMONE MANIVONG, an individual; | Case No.:<br><br>Orange County Superior Court Case No. 30-2025-01512143-CU-WM-CXC]<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 BY DEFENDANT AND RESPONDENT CITY OF SANTA ANA**<br><br>[Filed concurrently with Civil Cover Sheet, Certification and Notice of Interested Parties]<br><br>**DEMAND FOR JURY TRIAL** |

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

1

2120\07\4091257.1

THANH VO, an individual; THANH VU, an individual; THONG VU, an individual; LAN NGO, an individual;- THUY NGUYEN, an individual; VI TUONG DANG, an individual; VINCE Q DANG, an individual; PHUON THE G NGUYEN, an individual; VI THI THANH NGUYEN, an individual; MARILYN JAMES, an individual; KEE HOMSOMBA TH, an individual; PAUL LUU, an individual; CAM HUYN, an individual; DOAN VAN HOANG, an individual; NGA CAO, an individual; TRANG NGUYEN, an individual; HUONG NGUYEN, an individual; ROSE DINH, an individual; NA PHAM, an individual; THANG VAN VO, an individual; KHUONG NGUYEN, an individual; TINH NGUYEN, an individual; VAN DO, an individual; MARIE SOUMOUNTHA, an individual; LONG LE, an individual; LOAN ANH PHAM, an individual; QUANG TRUONG, an individual; ANH KIM DO, an individual; GISEL BENITEZ, an individual; ISAIAS OCAMPO JR, an individual;  JUAN BENITEZ, an individual; ALEX  CRUZ, an individual; CINDY CRUZ, an individual; FERNANDO TORRES, an individual; ROSE HAN, an individual; HAI PHU NGUYEN, an individual; ANDY PHAM, an individual; DANH NGUYEN, an individual; JOHANNA GARCIA, an individual; JOSE UBERGARCIA, an individual; DUY NGUYEN, an individual; RAMIRO SERRA TO, an individual; BIBIAN A SERRA TO, an individual; HA HOANG NGUYEN, an individual; HAN KIM NGUYEN, an individual; TOMMY TRUONG, an individual; HAILEY PHUNG, an individual, SHAYNE DINH, an individual; MARIA GUADALUPE RIVERA, an individual; GIOVANNI RIVERA, an individual; ROBERTO SANCHEZ RAMOS, an individual; LUIS SANCHEZ, an individual; ALBERTO BENGSTON, an individual; PATRICIA PAZ, an individual; JORGE SANCHEZ, an individual; LORENZO MORALES, an individual; TRINH LAM HOANG, an individual; DUONG PHONG DO HOANG, an individual;

Goldfarb & Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

2

NOTICE OF REMOVAL BY DEFENDANT CITY OF SANTA ANA

2120\07\4091257.1

HAU NGO, an individual; HONG THI VU, an individual; ANH THI NGUYEN, an individual; CHOT VAN TRAN, an individual; BETTY HUYEN THAO NGUYEN, an individual; HANNA HOANG, an individual; JOSEPH HOANG, an individual; DOAN MY TIEN NGUYEN, an individual; KEVEN TRAN, an individual; SERGIO MORALES, an individual; APOLONIO ANDRADE, an individual; ROSE SEGUNDO, an individual; LUIS PINA, an individual; HECTOR FLORES, an individual; ANTONIA CASTRO, an individual; ALBERTO CASTILLO, an individual; MARIA DEL ROSARIO VEGA, an individual; RAMON RODRIGUEZ, an individual; CECILIA RODRIGUEZ, an individual; KHUONG NGUYEN, an individual; DIEC NGUYEN, an individual; CHAU BICH QUANG, an individual; KA THY BUI, an individual; MARGARET ANTOLIN, an individual; BALTAZAR PAZ, an individual; PHUONG THI THANH NGUYEN, an individual; TUAN HOANG, an individual; ANITA HALPERN, an individual; MING CHEN, an individual; HOA AI BACH LY, an individual; ROMAN PEREZ ESPINOZA, an individual; ROMAN PEREZ JR., an individual; GREG T ABAT, an individual; NAM TRAN, an individual; TR UNG TRAN, an individual; JENNIFER NGUYEN, an individual; TIM PHAN, an individual; NANCY BAIN, an individual; ADOLFO PAZ, an individual; MARTIN CARABALLO, an individual; RAMIRO FLORES, an individual; SIRINA OCHOA, an individual; CYNTHIA VAL TIERRA, an individual; JOSE SANTIAG, an individual; ERIKA CONTRERAS, an individual; TUYET TON THAT, an individual; FRANCISCO BLANQUEL, an individual; ALICIA MENDOZA, an individual; RAMIRO GALLARDO, an individual; HANNAH NGUYEN, an individual; DON NGUYEN, an individual; VAN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

3

THAN NGUYEN, an individual; and        )
DOES 1 through 20, inclusive,          )
                                       )
        Defendants and Respondents.    )
                                       )
_____ )

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant/Respondent City of Santa Ana (also sued separately and erroneously herein as "City of Santa Ana Rent Stabilization Division" and "City of Santa Ana Rental Housing Board," both entities being part of the City of Santa Ana) removes this action, entitled *BIT O' HOME MHP v. CITY OF SANTA ANA, et al.,* which is currently pending in the Superior Court of the State of California for the County of Orange, Case No. Case No. 30-2025-01512143-CU-WM-CXC, to the United States District Court for the Central District of California, Southern Division. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 on the grounds that a federal question is raised by certain claims.

## BACKGROUND

1.      Plaintiff/Petitioner Bit O'Home MHP, Limited Partnership ("BOH") filed its "Verified Petition for Writ of Administrative Mandamus [C.C.P. § 1094.5] and Complaint for Violation of Civil Rights – Denial of Procedural Due Process [42 USC § 1983] and Violation of Civil Rights – Denial of Substantive Due Process [42 USC § 1983]" ("Petition/Complaint") on September 15, 2025. BOH named as defendants/respondents the City of Santa Ana ("City"), the City of Santa Ana Rent Stabilization Division, the City of Santa Ana Rental Housing Board, and numerous individual defendants/respondents who are tenants in a mobile home park owned and managed by BOH.

2.      BOH served each City entity (the City, Rent Stabilization Division, and Rental Housing Board) with the Summons and Petition/Complaint on September 24, 2025 via delivery to the City Clerk. As required by 28 U.S.C. §

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

4

2120\07\4091257.1

1446(a), a true and correct copy of the three separate Summonses and the Petition/Complaint are attached as Exhibit A, and all other process, pleadings, and orders in this action are attached as Exhibit B.

## THE PARTIES

3.     Plaintiff/Petitioner BOH is a California limited partnership. See Exhibit A, Complaint, ¶ 1.

4.     Defendant City of Santa Ana is a charter city and municipal corporation organized and existing under the Constitution and laws of the State of California.

5.     Defendant/Respondent the City of Santa Ana Rent Stabilization Division ("RSD") is a department of the City.

6.     Defendant/Respondent City of Santa Ana Rental Housing Board ("RHB") is an appointive board of the City created by the City's Rent Stabilization and Just Cause Eviction Ordinance ("Ordinance"). The Ordinance is set forth in Santa Ana Municipal Code § 8-3100, *et seq*. Division 5 of the Ordinance establishes the RHB, at Santa Ana Municipal Code § 8-3180 *et seq.*

7.     Plaintiff/Petitioner BOH has also named 120 "Resident Defendants." BOH alleges these Resident Defendants rent spaces in the Bit O'Home mobile home park ("Park"), are subject to the Ordinance, and are, according to BOH, "real parties in interest without a sufficient interest to be necessary parties, but who are named because of decisional law apparently holding to the contrary in *Pinto Lake MHP LLC v. Cnty. of Santa Cruz,* 56 Cal.App.5th 1006, 1013 (2020)." (Petition/Complaint at ¶ 4.) The City is informed and believes that none of the Resident Defendants have been served with the Petition/Complaint.

## THE COMPLAINT

8.     BOH's Petition/Complaint raises claims related to its Fair Return Petition filed with the City under the Rent Stabilization and Just Cause Eviction

Goldfarb &
Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

5

Ordinance, the administrative processing of its Fair Return Petition, and the progress of the Fair Return Petition through the administrative process. The Ordinance, among other things, regulates rent increases and establishes just cause eviction requirements for residential real property and mobile home parks in Santa Ana. *See* Santa Ana Municipal Code § 8-3100, *et seq.*

9. BOH's specific causes of action are the following:

a. Petition for Writ of Administrative Mandamus pursuant to Code Civ. Proc. § 1094.5, against all Defendants/Respondents;

b. Denial of Procedural Due Process Against Defendants City and the Rent Stabilization Division, under the Fourteenth Amendment of the U.S. Constitution and 42 U.S.C. § 1983;

c. Denial of Substantive Due Process Against Defendants City and the Rent Stabilization Division, under the Fourteenth Amendment of the U.S. Constitution and 42 U.S.C. § 1983.

*See* Exhibit A, Petition/Complaint, ¶¶ 115-129 (listed causes of action).

10. On the above grounds, BOH seeks the following relief: the issuance of a peremptory writ of administrative mandamus setting aside the initial decision on the Fair Return Petition (which is on appeal within the City's administrative process under the Ordinance); various orders requiring the City and Rent Board to make certain determinations and perform certain acts related to BOH's Fair Return Petition; damages under Code Civ. Proc. § 1095; and damages under the two § 1983 claims.

## GROUNDS FOR REMOVAL AND JURISDICTION

11. Under 28 U.S.C. § 1446(b), this removal is timely because it is filed within 30 days of the date the City was served with the Petition/Complaint (September 24, 2025).

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

6

2120\07\4091257.1

12.    This Court has original jurisdiction over this action under 28 U.S.C. § 1331 in that a federal question is raised by two of the three alleged causes of action in the Petition/Complaint.

13.    Removal of the entire action is appropriate under 28 U.S.C. § 1441(a) and (c).

## RESERVATION OF RIGHTS

14.    By filing this Notice of Removal, the City does not waive its rights to object to jurisdiction or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be qualified to assert.

15.    If any question arises as to the propriety of the removal of this action, the City requests the opportunity to submit any such further evidence and to conduct discovery in support of its position that this matter is removable.

WHEREFORE, the City removes this action from the Superior Court of the County of Orange, in the State of California, bearing Case No. 30-2025-01512143-CU-WM-CXC, to this Court.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Defendant/Respondent City of Santa Ana hereby demands a trial by jury on the second and third causes of action.

DATED:  October 24, 2025          GOLDFARB & LIPMAN LLP


By: _____
CELIA W. LEE
Attorney for Defendant
CITY OF SANTA ANA
(also erroneously sued herein as "City of
Santa Ana Rent Stabilization Board" and
"City of Santa Ana Rental Housing
Board")

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

7

NOTICE OF REMOVAL BY DEFENDANT CITY OF SANTA ANA

2120\07\4091257.1

## PROOF OF SERVICE
*Bit O' Home MHP V. City of Santa Ana et al.*

I am over the age of 18 years and not a party to this action. Msy business address is 1300 Clay Street, Eleventh Floor, City Center Plaza, Oakland, California 94612. My email address is ssrivastav@goldfarblipman.com. On **October 24, 2025**, I served the document(s) described as:

On October 24, 2025, I served the foregoing document described as in this action by electronic mail to the following:

**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 BY DEFENDANT AND RESPONDENT CITY OF SANTA ANA**

**SEE ATTACHED SERVICE LIST**

[ ] (MAIL)  I am readily familiar with my employer's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (FACSIMILE) The document was transmitted by facsimile transmission and was reported as complete and without error.

[**X** ] (ELECTRONIC FILING) I caused the documents to be sent to the person(s) at the electronic service address listed below, wherein such email is transmitted that same day in the ordinary course of business AND/ OR I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Central District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 24, 2025, at Fremont, California.

*Sakshi Srivastav*
Sakshi Srivastav

Goldfarb &
Lipman LLP
1300 Clay Street
Eleventh Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

8

2120\07\4091257.1

**<u>SERVICE LIST</u>**

*Bit O' Home MHP v. City of Santa Ana et al.*

GREGORY BEAM & ASSOCIATES, INC.
Gregory B. Beam, Bar No. 102443
Mark D. Alpert, Bar No. 138152
25201 Paseo de Alicia, Suite t 05
Laguna Hills, CA 92653
Telephone: (949) 598-5800
Facsimile: (949) 598-5815
E-Mail: malpert@beamlaw.net

Goldfarb &

Lipman LLP

1300 Clay Street

Eleventh Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

NOTICE OF REMOVAL BY DEFENDANT CITY OF SANTA ANA

2120\07\4091257.1